**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| QUENTIN BANKS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:15-cv-02242-JCM-VCF |
| JOE LOMBARDO et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |
| _____ | ) | |

**I.     DISCUSSION**

According to the Nevada department of corrections ("NDOC") inmate database, plaintiff is no longer housed at the address listed with the court. The court notes that pursuant to Nevada local special rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This court grants plaintiff thirty (30) days from the date of entry of this order to file his updated address with this court. If plaintiff does not update the court with his current address within thirty (30) days from the date of entry of this order, the court will dismiss this action with prejudice.

Additionally, the court notes that inmate Max Reed II has mailed and signed the last two documents on behalf of plaintiff in this case. (*See* ECF No. 10, 11). Max Reed II also printed plaintiff's name in the penalty of perjury section in the second amended complaint. (ECF No. 11 at 10). In the certificate of service section in the second amended complaint, Max Reed II states that plaintiff transferred to another facility before Reed had finished preparing plaintiff's second amended complaint. (*Id.* at 13). If plaintiff wishes to proceed with this case, he must submit a copy of the second amended complaint to this court with his signature on

the penalty of perjury page.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that plaintiff shall file his updated address with the court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that the clerk of the court shall send to plaintiff a copy of his second amended complaint (ECF No. 11). If plaintiff chooses to proceed with this case, he shall sign page 10 of the second amended complaint and return the entire second amended complaint to this court within (30) days from the date of this order.

IT IS FURTHER ORDERED that, if plaintiff fails to timely comply with this order, the court shall dismiss this case with prejudice.

DATED: December 27, 2016.

_____
United States District Judge